IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY JOSEPH SCHITTLER, | ) | |
| | ) | No. 2:23-cv-01302 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| M. ZAKEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The Plaintiff in this matter has submitted for filing a complaint without a filing fee or the forms required to proceed *in forma pauperis* in a civil rights case. This action may not proceed unless the Plaintiff either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $402.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the complaint.

Therefore,

**IT IS HEREBY ORDERED** this 27th day of July, 2023 that the Clerk of Court mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that the Plaintiff may submit a motion to proceed *in forma pauperis*, along with a certified copy of the inmate account statement for the six (6)

1

months preceding the filing of the complaint.  If that motion is granted, the case will be reopened.

    **IT IS FURTHER ORDERED** that the Plaintiff may also reopen this case by paying the $402.00 filing fee.

    **AND IT IS FURTHER ORDERED** that the Plaintiff is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

<u>/s/ Lisa Pupo Lenihan</u>
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Timothy Joseph Schittler
      LW6944
      SCI Greene
      169 Progress Drive
      Waynesburg, PA  15370